# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  CALIFORNIA

UNITED STATES OF AMERICA,
        Plaintiff,
   v.
FELIX IBARRA,
        Defendant.

**APPEARANCE**

Case Number: 08MJ8125

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

FELIX IBARRA

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/13/2008 | /s/ SHAFFY MOEEL |
| Date | Signature |
| | Shaffy Moeel / Federal Defenders of SD    238732 |
| | Print Name               Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA 92101 |
| | City     State     Zip Code |
| | (619) 234-8467     (619) 687-2666 |
| | Phone Number     Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: February 13, 2008                                                       /s/ Shaffy Moeel
                                                                               SHAFFY MOEEL
                                                                               Federal Defenders of San Diego, Inc.
                                                                               225 Broadway, Suite 900
                                                                               San Diego, CA 92101-5030
                                                                               (619) 234-8467  (tel)
                                                                               (619) 687-2666  (fax)
                                                                               e-mail: Shaffy_Moeel@fd.org